IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>      vs.<br><br>Kordell Nesbitt,<br><br>                    Defendant. | CR-18-50155-PHX-JJT<br><br>**ORDER** |

At issue is Defendant's Motion for Early Termination of Supervised Release (Doc. 2), to which the Probation Officer filed a written response and the Government filed a response (Doc. 4);

**IT IS ORDERED** denying Defendant's Motion for Early Termination of Supervised Release (Doc. 2) with leave to refile at or after eighteen (18) months.

Dated this 23rd day of January, 2019.

_____
Honorable John J. Tuchi
United States District Judge